**No. 53770.**—M. H. Garvey Company *v.* United States, protest 50771–K (Boston).

Opinion by Ekwall, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

**No. 53771.**—Clarence I. Penn *v.* United States, protest 61023–K (New York).

Opinion by Ekwall, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

**No. 53772.**—T. D. Downing Co. et al. *v.* United States, protests 48392–K, etc. (Boston, Ogdensburg, and Pembina).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53773.**—J. Cryan & P. E. Woodward et al. *v.* United States, protests 56651–K, etc. (Boston).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53774.**—Albert Alfandari et al. *v.* United States, protests 76848–K, etc. (New York).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.